# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SHAWN SADDLER, SR.**<br><br>Defendant. | CR 23-12-GF-BMM<br><br>**ORDER** |

Based upon the United States' Motion to Dismiss Indictment and Superseding Indictment in the above case, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment (Docs. 1 and 2) and Superseding Indictment (Docs. 46 and 47) are **DISMISSED**.

DATED this 26th day of June, 2024.

_____
Brian Morris, Chief District Judge
United States District Court